IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20478
_____

JESSIE LEE HAWKINS,

                                    Plaintiff-Appellant,

versus

TAD C. FRANTZEN; WARDEN HOLLIDAY UNIT; JOHN P. WENER; GREGORY
S. VEGA; JOHN M. GOODING; JAMES JONES,

                                    Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-4094
---------------------
August 9, 2001

Before JOLLY, DAVIS, and SMITH, Circuit Judges.

PER CURIAM:[*]

    This court must examine the basis of its jurisdiction on its
own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th
Cir. 1987). An untimely notice of appeal mandates a dismissal
for lack of jurisdiction. Robbins v. Maggio, 750 F.2d 405, 408
(5th Cir. 1985). Jessie Lee Hawkins, Texas prisoner # 297858,
filed his notice of appeal more than 30 days after the entry of
the final judgment. See Fed. R. App. P. 4(a)(1)(A). The motion
for an extension of time to file objections to the judgment was
not an allowable motion, was not a motion tolling the period of

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

time for filing a notice of appeal, and was not a motion for an extension of time to file a notice of appeal.  <u>See</u> Fed. R. App. P. 4(a)(4) and 4(a)(5); <u>see</u> <u>also</u> Fed. R. Civ. P. 6(b).  The notice of appeal was thus untimely, and this APPEAL IS DISMISSED.